UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED
NOV 28 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § | CASE NO: |
| Plaintiff, § § | SA18CR0880 XR |
| § | INDICTMENT |
| v. § § § | Vio: 18 USC §1014<br>False statement on Loan and Credit Application |
| STEPHEN CANTY, (1) § § § | |
| Defendant. § | |

THE GRAND JURY CHARGES:

INTRODUCTION

1. Texas Capital Bank is a financial institution with headquarters in Dallas, Texas, and with locations in Austin and San Antonio, within the Western District of Texas.

2. The deposits of Texas Capital Bank are insured by the Federal Deposit Insurance Corporation.

3. On or about October 1, 2000, STEPHEN CANTY was employed by HJH Consulting, Inc. and its affiliated companies ("the HJH entities"). He remained in the employ of the HJH entities until March 26, 2018. One of the HJH entities was U.S. Tax Recovery Partners, LLC.

4. In his work for the HJH entities, including U.S. Tax Recovery Partners, LLC, beginning at some date unknown to the grand jury, but in approximately 2005,

STEPHEN CANTY was responsible for, among other things, managing accounts receivable, the company financial statements, and the borrowing base.

5. The borrowing base is the amount of money a lender, in this case, Texas Capital Bank, will loan to a business customer based on the value of the collateral the company pledges to secure the debt. In the case of HJH Consulting, Inc. and affiliated companies, the borrowing base was largely based upon the value of the companies' accounts receivable.

6. From an unknown date beginning approximately March 1, 2016, through March 26, 2018, STEPHEN CANTY submitted falsely inflated figures for the accounts receivables of HJH Consulting, Inc. and affiliated companies to Texas Capital Bank. During this time, STEPHEN CANTY over-stated to Texas Capital Bank the value of the accounts receivable of HJH Consulting, Inc., and affiliated companies by approximately $24 million.

## COUNT ONE
[False Statement on Loan and Credit Application]
**[18 USC § 1014]**

That on or about March 13, 2018, in the Western District of Texas,

STEPHEN CANTY,

Defendant herein, knowingly made a false report and overvalued accounts receivable for the purpose of influencing the action of Texas Capital Bank, in connection with a loan and an extension of a loan, and a renewal of a loan, in that the Defendant overvalued the Beginning Balance of Accounts Receivables as of

February 1, 2018, when in truth and in fact, as the defendant well knew, the value of the accounts receivable was overstated by approximately $24,000,000.00.

All in violation of Title 18, United States Code, Section 656.

A TRUE BILL:

GRAND JURY FOREPERSON

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
BUD PAULISSEN
ASSISTANT UNITED STATES ATTORNEY

3